1  Jeff W. Poole (State Bar No. 291783)
2      *jpoole@hamricklaw.com*
   **HAMRICK & EVANS, LLP**
3  2600 West Olive Avenue, Suite 1020
4  Burbank, California 91505
   Telephone No.: (818) 763-5292
5  Fax No.: (818) 763-2308
6
7  Attorneys for Defendant
   Monterey Financial Services, Inc.
8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. SCHAIRED, individually and on behalf of all others similarly situated, | Case No.: 3:22-cv-00736-BAS-MDD |
| | (Case assigned to Hon. Cynthia Bashant) |
| Plaintiffs, | |
| v. | **DEFENDANT MONTEREY FINANCIAL SERVICES, LLC'S NOTICE OF PARTIAL MOTION TO DISMISS** |
| MONTEREY FINANCIAL SERVICES, INC., | |
| Defendant. | |
| | Hearing Date:   August 29, 2022 |
| | Dept.:          4B 4th Floor |
| | |
| | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that that on August 29, 2022, or as soon thereafter as the matter may be heard, in Courtroom 4B of the above-entitled Court, located at 221 W. Broadway, San Diego, CA 92101, Defendant Monterey Financial Services, LLC ("Monterey") will, and does hereby, move this Court for an Order dismissing Count II of the Complaint and striking Plaintiff Robert M. Schaired's class allegations as impermissibly fail-safe.

This Motion is based on this Notice; the Memorandum of Points and Authorities attached hereto; all other orders, pleadings and papers on filed in this action; the Court's file; and such additional facts and argument that will be presented at the hearing.

On July 21, 2022, counsel for Plaintiff and counsel for Defendant discussed the substance of the instant motion and were unable to reach a resolution that eliminated the need to proceed. The above conference occurred by telephone on July 21, 2022.

DATED: July 25, 2022                                HAMRICK & EVANS, LLP

                                                By:____/s/ *Jeff W. Poole* _____
                                                    JEFF W. POOLE
                                                    Attorneys for Defendant
                                                    Monterey Financial Services, Inc.

-2-
**DEFENDANT MONTEREY FINANCIAL SERVICES, LLC'S NOTICE OF PARTIAL MOTION TO DISMISS**