Nicholas M. Wajda
(Cal. Bar No. 259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. SCHAIRED, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONTEREY FINANCIAL SERVICES, INC.<br><br>Defendant. | Case No. 3:22-cv-00736-BAS-MDD<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>Motion to Dismiss Filed: July 25, 2022<br>Current Response Date: August 15, 2022<br>New Response Date: August 29, 2022<br>Current Hearing Date: August 29, 2022 |

RICHARD M. SCHAIRED ("Plaintiff") and MONTEREY FINANCIAL SERVICES, INC. ("Defendant"), by and through their undersigned counsel, moving this Honorable Court to extend the time for Plaintiff to file his response to Defendant's Motion to Dismiss ("Defendant's Motion"), and in support thereof, stating as follows:

1. On May 23, 2022, Plaintiff filed the instant class action against Defendant seeking redress for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227 *et seq*., and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*. [Dkt. 1]

1

2. On July 25, 2022, Defendant filed a Motion to Dismiss Plaintiff's claims .[Dkt. 4]

3. Pursuant to Local Rule 7.1(e)(2), Plaintiff's response to Defendant's Motion is due on or before August 15, 2022.

4. Due to a staffing shortage and other professional deadlines, Plaintiff is requesting a 14-day extension, through August 29, 2022, to submit his response to Defendant's Motion.

5. Plaintiff's counsel conferred with Defendant's counsel regarding the relief sought herein and Defendant has no objection.

6. The extension is sought in good faith and will not prejudice Defendant.

7. Based on the foregoing, there is good cause to grant the extension sought herein.

**WHEREFORE**, the Parties respectfully request that the Court enter an order (1) extending the deadline for Plaintiff to submit his response to Defendant's Motion through August 29, 2022; (2) extending the deadline for Defendant to submit its reply through September 19, 2022; and (3) resetting the hearing date on Defendant's Motion.

Dated: August 8, 2022

Respectfully submitted,
WAJDA LAW GROUP, APC

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda
Attorney for Plaintiff

HAMRICK & EVANS LLP

*/s/ Jeff W. Poole*
Jeff W. Poole
Attorney for Defendant

## ATTESTATION OF SIGNATURE

Pursuant to Southern District Electronic Case Filing Procedures Section 2(f)(4), I hereby certify that the content of this document is acceptable to Jeff W. Poole, counsel for Defendant, and I obtained his authorization to affix his electronic signature to this document.

*/s/ Nicholas M. Wajda*

## CERTIFICATE OF SERVICE

I, Nicholas M. Wajda, certify that on August 8, 2022, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Nicholas M. Wajda*