SULAIMAN LAW GROUP, LTD.
Alexander J. Taylor
2500 S. Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT SCHAIRED, | Case No. 3:22-cv-00736-BAS-MDD |
|---|---|
| Plaintiff, | Judge: Honorable Cynthia Bashant |
|  | **PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | Hearing Date: October 3, 2022 |
|  | Hearing Location: Courtroom 4B |
| MONTEREY FINANCIAL SERVICES, LLC, | **PER CHAMBERS RULES NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |
| Defendant. |  |

## PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**I)   INTRODUCTION**

On May 23, 2022, Plaintiff filed a class action complaint ("original complaint") against Defendant for actions stemming from Defendant's alleged unlawful collection activity. (Dkt. 1). On July 25, 2022, Defendant filed its partial motion to dismiss Plaintiff's complaint. (Dkt. 4). On August 8, 2022, Plaintiff filed, and the court granted, a joint motion to extend the response/reply deadline to Defendant's motion to dismiss. (Dkt. 7-8). On August 29, 2022, Plaintiff filed a motion seeking leave to amend the original complaint. After being notified of a defect in the formatting of his original motional seeking leave to amend by the Court, Plaintiff immediately filed a corrected version on August 31, 2022. (Dkt. 13-15). On September 19, 2022, Defendant filed a motion in

1

opposition to Plaintiff's motion seeking leave to amend. (Dkt. 16) ("Defendant's Motion").

## II) STANDARD OF LAW

"Rule 15(a) declares that leave to amend 'shall be *freely* given when justice so requires'; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason--such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendment, futility of amendment, etc.--the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962) (emphasis added). Courts around the country have held plaintiff is entitled to amend the complaint once as a matter of right if it acts quickly enough and even after that time has expired, a court "should *freely* give leave to amend when justice requires so." *Independent Trust Corp. v. Stewart Information Services Corp.*, 665 F.3d 930, 943 (7th Cir. 2012) (emphasis added). The Ninth Circuit itself has held that "It is black-letter law that a district court must give plaintiffs at least one chance to amend a deficient complaint, absent a clear showing that amendment would be futile." *National Council of La Raza v. Chegavske,* 800 F.3d 1032, 1041 (9th Cir. 2015).

## III) ARGUMENT

Contrary to the assertions raised in Defendant's Motion, Plaintiff's proposed first amended complaint is demonstrably not futile. Defendant's Motion concedes that Plaintiff's motion cures both fail-safe arguments raised in Defendant's original motion to dismiss (Defendant's Motion Pg. 8-10). Defendant's entire argument is then a rehash of its motion to dismiss against Count II of Plaintiff's original complaint. If Defendant so chooses, it may file a motion to dismiss Count II of Plaintiff's First Amended Complaint, but by Defendant's own admission, the first amended complaint cures both fail-safe arguments, and thus is clearly not futile. As such, as held by the

Court in *National Council of La Raza,* Plaintiff must be allowed to amend his complaint, as this is his first amendment.

**IV) CONCLUSION**

Plaintiff respectfully requests this Honorable Court to enter an order granting Plaintiff leave to file his First Amended Complaint and grant any further relief the Court deems just and proper. In the event this Honorable Court does not grant Plaintiff leave to amend specifically pertaining to Count II of the original complaint, Plaintiff requests an additional 7 days to respond to Defendant's Motion to Dismiss regarding Count II.

Dated: September 26, 2022                                Respectfully submitted,

/s/ *Alexander J. Taylor*
Alexander J. Taylor, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630) 575-8181
ataylor@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I, Alexander J. Taylor, certify that on September 26, 2022, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Alexander J. Taylor*

3