UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. SCHAIRED,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 22cv0736-BAS-MDD<br><br>**NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT VIDEO CONFERENCE** |

**IT IS HEREBY ORDERED** that an Early Neutral Evaluation and Case Management Conference in the above-entitled action will be held on **April 4, 2023** at **9:30 a.m.**, with United States Magistrate Judge Mitchell Dembin, **via VIDEOCONFERENCE**. Parties must comply with this Court's Civil Chambers Rules regarding any requests for continuances. Among other things, this Court's Civil Chambers Rules require telephonic notification to chambers followed by a written motion no less than seven days prior to the scheduled conference.

Pursuant to Civil Local Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, **all counsel and**

**all parties, and any other person(s) who has full and unlimited authority to negotiate and enter into a binding settlement shall appear at the conference and shall be prepared to discuss the claims, defenses and damages. Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain. Governmental entities may appear through litigation counsel only. As to all other parties, appearance by litigation counsel only is *not* acceptable.**

The Court will use its official Zoom video conferencing account to hold the Conference. On or before **March 28, 2023**, counsel for each party must email to the Court at efile_dembin@casd.uscourts.gov the name and title of each participant and an e-mail address for each participant to receive the Zoom videoconference invitation.

Confidential Early Neutral Evaluation briefs shall be submitted to chambers in person or via email (efile_dembin@casd.uscourts.gov) on or before **March 28, 2023**. The ENE brief must include the information required by this Court's Civil Chambers Rules.

Plaintiff's counsel shall give notice of the Early Neutral Evaluation conference to all defendants making an appearance after the date of this notice.

All conference discussions will be informal, off the record, privileged and confidential.

Prior to the ENE, counsel for each party must meet and confer, make

the initial disclosures required by Fed. R. Civ. P. 26(a) and create a Joint Discovery Plan as provided in this Court's Civil Chambers Rules. The Joint Discovery Plan must be submitted to the Court in the same manner as ENE briefs no later than seven days prior to the conference.

Immediately following the ENE, if no settlement is reached, the Case Management Conference will occur. Following the Case Management Conference, the Court will issue a Scheduling Order under Fed. R. Civ. P. 16.

Questions regarding this case may be directed to the Magistrate Judge's chambers at (619) 446-3972.

**IT IS SO ORDERED.**

Dated: February 17, 2023

Hon. Mitchell D. Dembin
United States Magistrate Judge

# NOTICE OF RIGHT TO CONSENT TO TRIAL
# BEFORE A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 636(c), YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF SHALL BE RESPONSIBLE FOR OBTAINING THE CONSENT OF ALL PARTIES, SHOULD THEY DESIRE TO CONSENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT TO CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.