# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. SCHAIRED,<br><br>                        Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, INC.,<br><br>                       Defendant. | Case No.: 22cv0736-BAS-MDD<br><br>**ORDER TO SHOW CAUSE** |

On February 17, 2023, the Court set an Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") for April 4, 2023. (ECF No. 21). On March 31, 2023, Plaintiff's counsel filed a Motion to Continue the ENE/CMC because ". . . Plaintiff's counsel has been unable to establish contact with Plaintiff." (ECF No. 23 at 2). The Court denied the motion, ordering counsel and the parties to appear at the ENE/CMC. (ECF No. 24). On April 4, 2023, Plaintiff failed to appear at the ENE/CMC.

Thus, IT IS HEREBY ORDERED that Plaintiff show cause why he should not be sanctioned for failing to appear. The hearing will be held **April 27, 2023 at 1:30PM** in **Courtroom 13B** of the **James M. Carter and**

**Judith N. Keep Federal Courthouse, 333 West Broadway, San Diego, CA, 92101**. Plaintiff is required to personally appear. Plaintiff's counsel and Defendant's counsel may appear telephonically.[1] On or before **April 20, 2023**, Plaintiff must file a written response providing any reasons justifying the failure to appear. Plaintiff's counsel is required to mail this order to Plaintiff.

IT IS SO ORDERED.

Dated:   April 4, 2023

Hon. Mitchell D. Dembin
United States Magistrate Judge

---

[1] Counsel for Defendant should contact the Court's deputy clerk, Danielle Sutton, at 619-557-5973 to obtain instructions for a telephonic appearance.